FILED

06/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0289

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 23-0289

On Appeal from the Montana 13th Judicial District Court, Yellowstone County,
The Honorable Collette B. Davies, Presiding

PHOENIX CAPITAL GROUP HOLDINGS, LLC

*Plaintiff/Appellant,*

v.

BOARD OF OIL AND GAS CONSERVATION OF THE STATE OF MONTANA,

*Defendant/Appellee/Cross-Appellant*

And

KRAKEN OIL AND GAS LLC,

*Intervenor/Appellee/Cross-Appellant*

---

**Grant of Unopposed Motion for Extension of Time
To File Opening Brief**

---

Pursuant to the authority granted under Mont. R. App. P. 26(1), Appellant

Phoenix Capital Group Holdings, LLC may file and serve its opening brief in this

matter on or before August 16, 2023.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 22 2023